IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO. 1:17-CR-00126-LMM-CMS |
| SEDARIOUS LAWRENCE, | |
| Defendant. | |

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R") [83], which recommends that Defendant's Motion to Suppress Cell Phone Evidence [25] be denied as moot and Defendant's Motion to Dismiss [18] be denied. No objections have been filed in response to the Magistrate's Report and Recommendation. Having reviewed the R&R, it is received with approval. The Court therefore **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Defendant's Motion to Suppress Cell Phone Evidence [25] is **DENIED, as MOOT** and Defendant's Motion to Dismiss [18] is **DENIED**.

**IT IS SO ORDERED** this 21st day of March, 2018.

**Leigh Martin May**
**United States District Judge**