IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:17-CR-00126-LMM-CMS |
| SEDARIOUS LAWRENCE, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and
Recommendation ("R&R") [102], which recommends that Defendant's Motion to
Suppress Statements [16] be denied and Defendant's Motion to Suppress
Evidence [18] be denied. No objections have been filed in response to the
Magistrate's Report and Recommendation. Having reviewed the R&R, it is
received with approval. The Court therefore **ADOPTS** the Magistrate Judge's
Report and Recommendation as the opinion of the Court. Defendant's Motion to
Suppress Statements [16] is **DENIED** and Defendant's Motion to Suppress
Evidence [18] is **DENIED**.

The trial in this action is hereby set to begin on **Monday, June 25, 2018
at 9:30 A.M.** in Courtroom 2107. The pretrial conference will be held on
Tuesday, June 19, 2018 at 1:00 P.M. in Courtroom 2107. By noon on Thursday,
May 31, 2018, the parties are to file the following: motions *in limine* and

proposed *voir dire* questions. By noon on Thursday, May 31, 2018, the Government must file a brief summary of the indictment that the parties can rely on for *voir dire*. By noon on Thursday, June 7, 2018, the parties are to file responses to motions *in limine* and any objections and to those items listed above.

Excludable time is allowed through June 25, 2018, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), to give counsel for Defendant and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served outweigh the best interest of the public and the Defendant in a speedy trial and are consistent with both the best interest of the public and individual justice in this matter.

**IT IS SO ORDERED** this _____ day of May, 2018.

_____
**Leigh Martin May**
**United States District Judge**